| DECREE AND ORDER OF<br>☒ PROTECTIVE ARRANGEMENT  AND/OR<br>☒ APPOINTMENT OF SPECIAL CONSERVATOR | Docket No. | Suffolk Probate and Family Court<br>Date Filed: 4/21/2023 2:50 PM<br>Commonwealth of Massachusetts<br>Case Number:<br>The Trial Court<br>Probate and Family Court |
|---|---|---|
| In the Interests of:<br><br>Jaime / Flores / Landeverde<br>First Name / Middle Name / Last Name<br><br>☐ Minor   ☐ Adult   **Protected Person** | | **Suffolk** _____ Division |

The Court finds the requirements of G.L. c. 190B, §5-408 have been met and that a basis exists for a protective arrangement or single transaction.

☒ 1. After primarily considering the decision that the Protected Person would have made if not disabled, or in the absence of evidence of personal preference, after consideration of the financial needs of the Protected Person and the needs of the individuals who are dependent on the Protected Person for support, the interest of creditors, the reduction of tax liabilities, eligibility for governmental assistance, previous patterns of giving or level of support, existing estate plans, the likely recipients of the Protected Person's bounty, the life expectancy of the Protected Person, the probability that the conservatorship will terminate and other relevant factors; The Court hereby authorizes, directs or ratifies the following transaction as being necessary or desirable to arrange for security, service or care in meeting the foreseeable needs of the Protected Person, or relating to the Protected Person's property and/or business affairs, or otherwise in the Protected Person's best interest:

**Pursuant to M.G.L. c. 190B, Sections 5-401, 5-407, and 5-408, the power to (i) employ and retain counsel to initiate a lawsuit on behalf of the Respondent in connection with a motor vehicle accident in which the Respondent was a victim, and (ii) create and fund a Supplemental Needs Trust for the benefit of the Respondent with Milne Law P.C. serving as Trustee. The Trust will be funded with proceeds from the lawsuit in connection with a motor vehicle accident.**

☒ 2. The Court appoints the following person(s) as Special Conservator of the Protected Person:

Name: _____Chris_____  ___A.___  _____Milne, Esq._____
         First Name              M.I.            Last Name

____15 Brook Street____  ____Suite 5____  ____Medfield____  __MA__  __02052__
       (Address)          (Apt, Unit, No. etc.)  (City/Town)      (State)   (Zip)

Primary Phone #: **508-785-8300**

The Special Conservator shall only have the following authority to assist in the accomplishment of the above-stated protective arrangement or single transaction:

The Special Conservator(s) shall serve with personal or corporate surety on his, her or their bond in the amount of $ **$0.00** _____ pursuant to G.L. c. 190B, §5-410.

Within ninety days, the Special Conservator shall file a report with the Court as to all matters performed pursuant to this Decree and Order. The report shall include the following information:

The Special Conservator shall serve until discharged by a Decree Discharging Special Conservator is entered by the Court.

Date _____July 10, 2023_____         _____[signature]_____
                                      Justice of the Probate and Family Court

MPC 734 (5/30/11)

| LETTERS OF CONSERVATORSHIP FOR A PROTECTED PERSON | Docket No. SU23P0892PM | Commonwealth of Massachusetts The Trial Court Probate and Family Court |
|---|---|---|
| In the Interests of: Jaime Flores Landaverde<br><br><br>Protected Person | | Suffolk Probate and Family Court<br>24 New Chardon Street<br>Boston, MA 02114<br>(617)788-8300 |

I, Vincent Procopio, Register of Probate for the Suffolk Probate and Family Court hereby certify that

Chris A. Milne, Esq.

15 Brook Street

Suite 5

Medfield, MA 02052

was/were appointed on _____**July 10, 2023**_____ as:
                              (date)

☐ Conservator pursuant to G.L. c. 190B, §5-401. The appointment is a determination that the Protected Person is disabled
   for reasons   ☐ of minority   ☒ other than minority. The Conservator may exercise the powers conferred by G.L. c. 190B, §§5-423 c(1-7) and (14-29) unless limited below and such other powers as are specified in the Decree and Order of Appointment.

   ☐ The Conservator was appointed before July 1, 2009 as Guardian of the Estate.

☐ Temporary Conservator pursuant to G.L. c. 190B, §5-412A (b). The appointment is NOT a final determination of the Protected Person's incapacity pursuant to G.L. c. 190B, §5-101(9) or disability pursuant to G.L. c. 190B, §5-401(c). The Temporary Conservator may exercise ONLY the powers granted in the Order of Appointment.
   **THESE LETTERS EXPIRE ON** _____ .
                                         (date)

☒ Special Conservator pursuant to G.L. c. 190B, §5-412A (c). The appointment is NOT a final determination of the Protected Person's incapacity pursuant to G.L. c. 190B, §5-101(9) or disability pursuant to G.L. c. 190B, §5-401(c). The Special Conservator may exercise ALL and ONLY the powers granted to the Conservator in the Decree and/or Order of Appointment dated _____**July 10, 2023**_____ .
                                         (date)
   **THESE LETTERS EXPIRE ON** _____ . The authority of the previously
                                         (date)
   appointed Conservator is suspended until the expiration of the Letters of Special Conservator.

☒ Special Conservator pursuant to G.L. c. 190B, §5-408 (c). The appointment is NOT a final determination of the Protected Person's incapacity pursuant to G.L. c. 190B, §5-101(9) or disability pursuant to G.L. c. 190B, §5-401(c). The Special Conservator may exercise ONLY the powers granted in the Order of Appointment. **THESE LETTERS EXPIRE UPON THE DISCHARGE OF THE SPECIAL CONSERVATOR BY SEPARATE ORDER OF THE COURT.**

These Letters confirm the transfer of the property of the Protected Person to the named Conservator as fiduciary except for the following:

| In the Interests of: Jaime Flores Landaverde | Docket No. SU23P0892PM |
|---|---|

These Letters confirm the named Conservator's authority to act with regard to the property and business interests of the Protected Person except for the following limitations:

These Letters confirm that the named Conservator has accepted appointment by filing a bond approved by the Court containing a statement of acceptance of the duties of the office.

☐ The Protected Person died on _____ . The Conservator has acquired all of the
(date)
powers and duties of a Personal Representative. (See separate Decree, Docket No. _____ ).

### CERTIFICATION

I further certify that it appears by the records of this Court that said appointment remains in full force and effect.

IN TESTIMONY WHEREOF I have hereunto set my hand and affixed the seal of said Court,

Date _____ **July 10, 2023** _____

_Vincent Procopio_
Vincent Procopio, REGISTER OF PROBATE