# DRIVER/VEHICLE EXAMINATION REPORT

Aspen 3.0.0.17



**Virginia State Police Motor Carrier Safety**
P O Box 27472
Richmond, VA 23261-7472
Phone: (540)387-5437  Fax: (804) 254-1635
Email: mcsu2@vsp.virginia.gov

Report Number: VA7160002971
Inspection Date: 09/25/2021
Start: 09:00 AM ET    End: 11:00:00 AM ET
Inspection Level: III - Driver Only
HM inspection Type: None

MOVE FREIGHT TRUCKING LLC
PO BOX 1002
HEMPSTEAD, TX 77445
USDOT#: 02275549        Phone#:
MC/MX#:                 Fax#:
State#:

Driver: FLORES, JOSHUA
License#: 46.2-208                State: TX
Date of Birth: 2.2-3706(D)
CoDriver:
License#:                         State:
Date of Birth:

Location: NORTHBOUND RADFORD REST ARE. MilePost: 108.2    Shipper: FEDEX
Highway: I-81 NORTH             Origin: CYPRESS, TX        Bill of Lading: 4903517
County: MONTGOMERY, VA          Destination: NORTHAPTOM, PA  Cargo: GENERAL FREIGHT

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | CVSA Issued # | OOS Sticker |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TT | KW | 2016 | TX | R500600 | T2 | 1XKYD49X8GJ121009 | 53,200 | | | |
| 2 | ST | HYTR | 2015 | IN | P566910 | 954638 | 3H3V532C7GT534340 | 68,000 | | | |

**BRAKE ADJUSTMENTS:** No Brake Measurements Required For Level 3

## VIOLATIONS

| Vio Code | Section | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| 392.2PK | 392.2 | D | N | 25628907 | N | N | Unlawfully parking and/or leaving vehicle in the roadway: violation VA code 46.2-830 fail to obey highway sign. |
| 395.3A3-PROPN | 395.3(a)(3) | D | N | | N | N | Driving beyond 11 hour driving limit in a 14 hour period. (Property carrying vehicle) - Nominal Violation: 09-24-21 violation driving from 23:44 to 23:56 |

**HazMat:** No HM Transported.                                **Placard:** No    **Cargo Tank:**

**Special Checks:** Post Crash

1) CITATIONS/TRAFFIC TICKETS: If issued, MUST be returned to the COURT whose address appears on the front of the TICKET/CITATION.

2) If the vehicle has NOT been repaired and HAS been permanently removed from service, initial here _____ and sign the report.

3) MOTOR CARRIER CERTIFICATION OF ACTION TAKEN: The undersigned certifies that all violations on this report have been corrected and action taken to assure compliance with the Motor Carrier Safety and HM Regulations insofar as they are applicable to motor carriers and drivers. This certification MUST BE SIGNED by the Motor Carrier and RETURNED WITHIN 15 DAYS by email, facsimile, or mail to the address below ONLY if the the driver and/or vehicle(s) have been placed Out of Service.

RETURN ADDRESS:
Virginia State Police
Motor Carrier Safety
P O Box 27472
Richmond, VA  23261-7472

DO NOT SEND TICKETS/CITATIONS/FINES TO THIS ADDRESS

Signature Of Motor Carrier X:_____    Title:_____    Date:_____

| Report Prepared By: | Badge #: | Copy Received By: | Page 1 of 1 |
|---|---|---|---|
| TROOPER D.T. SHREWSBURY | 7160 | JOSHUA FLORES | |

X_____    X_____     02275549  VA  VA7160002971

# Redaction Log

| Reason | Page (# of occurrences) | Description |
|---|---|---|
| 2.2-3706(D) (iv) - Non-criminal, personal, medical, financial | **1** (1) | Please note that certain information has been redacted pursuant to 2.2-3706(D) (iv) which states "materials that contain identifying information of a personal, medical, or financial nature may be withheld where the release of such information would jeopardize the safety or privacy of any person." |
| 46.2-208 -Driver Information | **1** (1) | Driver information, defined as all data that relates to drivers license status and driver activity |