IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRIS A. MILNE, as Special Conservator of JAIME ANTONIO FLORES LANDAVERDE, Protected Person,<br><br>Plaintiff,<br><br>v.<br><br>MOVE FREIGHT TRUCKING, LLC., JOSHUA FLORES, FEDEX GROUND PACKAGE SYSTEM, INC., WESTERN EXPRESS, INC. d/b/a WESTERN LOGISTICS, JOSE LOPEZ, DAMARIS PATRICIA LOPEZ-ALBERTO, and WILSON AMILCAR CABRERA a/k/a WILSON A. CABRERA YANES<br><br>Defendants. | CIVIL ACTION FILE NO. 7:23-cv- 00432<br><br>**Consolidated with 7:23-cv-00612**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S NOTICE OF FILING
REGISTRATION OF CONSERVATORSHIP**

COMES NOW the Plaintiff, **CHRIS A MILNE, as Special Conservator of JAIME ANTONIO FLORES LANDAVERDE**, by and through counsel and hereby files their Notice of Filing Registration of Conservatorship. Said Registration of Conservatorship is attached hereto as Exhibit A. This Filing pertains and is relevant to the Defendants' Motions to Dismiss [Doc Nos. 27,28,31,38,43,45,52], Plaintiff's Responses [Doc. Nos. 41 and 42], and the hearing the Court held via ZOOM on November 2, 2023.

This 30th day of November 2023.

                                      **FRIED GOLDBERG LLC**

                                      _[signature]_

                                      **JOSEPH A. FRIED**
                                      GEORGIA BAR NUMBER 277251
                                      **BRIANT G. MILDENHALL**
                                      GEORGIA BAR NUMBER 790507
                                      **NATHAN A. GAFFNEY**
                                      GEORGIA BAR NUMBER 940686
                                      *ADMITTED PRO HAC VICE*

THREE ALLIANCE CENTER
3550 Lenox Road, N.E., Suite 1500
Atlanta, GA 30326
bmildenhall@friedgoldberg.com

                                      **ROWE WEINSTEIN & SOHN, PLLC**

                                      /s/ Jeremy C. Huang
                                      Robinson R. Rowe, VSB 98607
                                      Christina E. Shin, VSB 92750
                                      Jeremy C. Huang, VSB 76861
                                      Alexander Bush, VSB 93105
                                      * *ADMISSION TO WDVA PENDING*

7010 Little River Turnpike, Suite 300
Annandale, VA 22003
P : 703-354-1111
rrowe@rowepllc.com
jhuang214@gmail.com
abush@rowepllc.com

                                      **ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this day electronically submitted the foregoing **PLAINTIFF'S NOTICE OF FILING** using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants, as follows:

Sean Workowski
Nathan Schnetzler
Firth Anderson + Peake
29 Franklin Road
Roanoke, Virginia 24011
sworkowski@faplawfirm.com
nschnetzler@faplawfirm.com
*Attorneys for Defendants Move Freight Trucking, LLC and Joshua Flores*

Ashley W. Winsky
919 E. Main Street, Suite 1130
Richmond, VA 23219
Winsky@gentrylocke.com
Alicha M. Grubb
Aidan C. Williams
Gentry Locke
10 Franklin Road S.E., Suite 900
Roanoke, VA 24011
Grubb@gentrylocke.com
awilliams@gentrylocke.com
*Attorneys for Defendants FedEx Ground Package System, Inc.
and Western Express Inc, d/b/a Western Logistics*

John L. Cooley
Law Office of Cooely and Associates PLC
40 British Woods Dr. , Suite 101
PO Box 19687
Roanoke, Virginia 24019
jlcooley@cooleyfirm.com
*Attorneys for Defendant Damaris Patricia Lopez- Alberto*

This the 30th day of November, 2023.

- 4 -

|  | **FRIED GOLDBERG LLC** |
|---|---|
|  | */s/ Briant G. Mildenhall* |
| THREE ALLIANCE CENTER | **JOSEPH A. FRIED** |
| 3550 Lenox Road, N.E., Suite 1500 | GEORGIA BAR NUMBER 277251 |
| Atlanta, GA 30326 | **BRIANT G. MILDENHALL** |
| P: 404-591-1800 | GEORGIA BAR NUMBER 790507 |
| E: JOE@FRIEDGOLDBERG.COM | **NATHAN A. GAFFNEY** |
| BMILDENHALL@FRIEDGOLDBERG.COM | GEORGIA BAR NUMBER 940686 |
| NATHAN@FRIEDGOLDBERG.COM | *\*ADMITTED PRO HAC VICE* |
|  | **ATTORNEYS FOR PLAINTIFF** |