EXHIBIT A

**VIRGINIA:**

## CIRCUIT COURT OF MONTGOMERY COUNTY

| | |
|---|---|
| IN RE:<br><br>CONSERVATORSHIP OF<br>JAIME FLORES LANDAVERDE | Case No. CL23-1952 |

### ORDER TO REGISTER CONSERVATORSHIP DECREE

THIS MATTER came before the Court on a hearing for the petition to register an out of state Conservatorship Decree in the Commonwealth of Virginia pursuant to Virginia Code §64.2-2117, and after having read and duly considered the petition, the certified decree of conservatorship, notice and argument of counsel, it is hereby

ORDERED and DECREED that the *Decree and Order of Protective Arrangement and Appointment of Special Conservator* issued by the Commonwealth of Massachusetts, Probate Court of Suffolk County on July 10, 2023, is hereby registered in this Court and is deemed to have the same force and effect and is enforceable as if it were issued by a Court in the Commonwealth of Virginia.

Entered this **29** day of November 2023.

Hon. Robert M. D. Turk, Presiding Judge
Montgomery County Circuit Court
27th Judicial District of Virginia

A Copy - Teste:
Tiffany M. Couch, Clerk
Circuit Court of Montgomery County, Virginia

By _____, Deputy Clerk

1

I ASK FOR THIS:

_____
Catharine Slater Crawford, Esq. VSB 45865
CATHARINE SLATER CRAWFORD, PLLC
9005 John Mosby Highway, P.O. Box 238
Upperville, Virginia 20185
(540) 592-3600 (Phone)
(540) 592-3833 (Fax)
katecrawford@slaterlawfirm.com
*Counsel for Special Conservator*