Case 7:23-cv-00432-MFU-CKM  Document 134  Filed 10/07/25  Page 1 of 2
Pageid#: 1617

CLERK'S OFFICE
U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
October 07, 2025
LAURA A. AUSTIN, CLERK
BY: s/ S. Neily, Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CHRIS A. MILNE, as Special Conservator of JAIME ANTONIO FLORES LANDAVERDE, protected person, <br><br>　　　　Plaintiff, <br><br>v. <br><br>MOVE FREIGHT TRUCKING, LLC, et al, <br><br>　　　　Defendants. | Case No. 7:23cv432 |

| | |
|---|---|
| CATHERINE SLATER CRAWFORD, as Personal Representative of the Estate of BEBERLYN VANESSA ALVAREZ-LOPEZ, <br><br>　　　　Plaintiff, <br>v. <br><br>MOVE FREIGHT TRUCKING, LLC, ET AL. <br><br>　　　　Defendants. | Case No. 7:23CV433 |

**ORDER**

These two cases have been consolidated for purposes of discovery and for an upcoming trial as to liability. See Case No. 7:23cv432, ECF No. 127; Case No. 7:23cv433, ECF No. 100. At the request of the parties and for good cause shown, it is **ORDERED** that the deadlines for the parties' respective expert disclosures set forth in the Court's Scheduling Orders (Case No. 7:23cv432, ECF No. 111; Case No. 7:23cv433, ECF No. 95) are **AMENDED** as follows:

**PLAINTIFFS' INITIAL EXPERT DISCLOSURE DEADLINE:** October 22, 2025

**DEFENDANT'S INITIAL EXPERT DISCLOSURE DEADLINE:** November 21, 2025

The dates contained herein supersede the dates set forth in the Court's Scheduling Orders (Case No. 7:23cv432, ECF No. 111; Case No. 7:23cv433, ECF No. 95). Otherwise, the provisions of the prior Scheduling Orders continue to apply.

The Clerk is directed to docket this Order in both of the above-styled cases and send a copy of this Order to all counsel of record.

It is **SO ORDERED**.

Entered: October 6, 2025

Michael F. Urbanski
U.S. District Judge
2025.10.06 15:43:43 -04'00'

Hon. Michael F. Urbanski
Senior United States District Judge

1319.0666\NHS
4911-4535-6399 .v1